No. 82–623. TREASURE ISLE, INC. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 82–702. METROPOLITAN COUNTY BOARD OF EDUCATION OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ET AL. *v.* KELLEY ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 82–897. DOE ET AL. *v.* KELLY, ATTORNEY GENERAL OF MICHIGAN, ET AL. Ct. App. Mich. Certiorari denied. JUSTICE BRENNAN would grant certiorari.